United States District Court
Southern District of Texas
**ENTERED**
February 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JANE DOE** | § |
| *Plaintiff,* | § § § |
| vs. | § § |
| **KEVIN DALE MEISTER** | § § |
| *Defendant.* | § § |

### ORDER

On this day, the Court considered the Motion for Leave to File Anonymously (the "Motion"). After careful consideration, the Court is of the opinion that the Motion should be, and hereby is, **GRANTED.**

It is, therefore, **ORDERED** that Plaintiff may proceed anonymously.

SIGNED on this __3rd__ day of __February__, 2022.

*George C. Hanks Jr.*
JUDGE PRESIDING