United States District Court
Southern District of Texas
**ENTERED**
December 07, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JANE DOE, § | |
| § | |
| Plaintiff. § | |
| § | |
| V. § | CIVIL ACTION NO. 4:21-cv-04226 |
| § | |
| KEVIN DALE MEISTER, § | |
| § | |
| Defendant. § | |

## **ORDER**

The parties in this action have requested a mediation be conducted by a United States Magistrate Judge. It is therefore ORDERED that this matter is referred to United States Magistrate Judge Sam Sheldon for the purpose of conducting a mediation. The mediation should be completed by Tuesday, January 31, 2023.

SIGNED this 7th day of December 2022.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE