United States District Court
Southern District of Texas
**ENTERED**
January 17, 2023
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON</u>  PRESIDING
DATE: <u>January 11, 2023</u>
COURT REPORTER:  <u>ERO not needed</u>
MORNING:<u>            </u>      AFTERNOON: <u>3 hrs</u>
*****************************************************************************

CIVIL NO: 4:21cv4226

| Jane Doe, | Blake Andrew Jenkins |
| | Bruce Davidson Oakley |
| Plaintiff | |
| v. | |
| Kevin Dale Meister, | John Charles LaGrappe |
| Defendant | |

*****************************************************************************

MINUTE ENTRY ORDER:

<u>The Court conducted a Settlement Conference by Zoom on January 11, 2023. The Court will reconvene the Settlement Conference in person at the Courthouse on February 1, 2023 at 10 a.m. Plaintiff and her counsel are only required to attend.</u>

SIGNED in Houston, Texas, this <u>17th</u> day of January, 2023.

_____
Sam Sheldon
United States Magistrate Judge