United States District Court
Southern District of Texas
**ENTERED**
February 01, 2023
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON  PRESIDING
DATE: February 1, 2023
COURT REPORTER: ERO not needed    Interpreter: Yes
MORNING: 1.5hrs    AFTERNOON: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO: 4:21cv4226

Jane Doe,                                             Blake Andrew Jenkins

　　　Plaintiff

v.

Kevin Dale Meister,

　　　Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MINUTE ENTRY ORDER:

The Court conducted a Settlement Conference. The case did not settle.

　　SIGNED in Houston, Texas, this 1st  day of February, 2023.

_____
Sam Sheldon
United States Magistrate Judge