# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:21-cv-04226 |
| | § | |
| KEVIN DALE MEISTER, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On May 22–23, 2023, this matter was tried to a jury. The jury returned a verdict in Defendant's favor. *See* Dkt. 33. The Court accepts the jury's findings of fact and **ORDERS** that Plaintiff recover nothing and this action be dismissed on its merits.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED this 20th day of June 2023.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE